UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEAHY | No. 2:14-cv-2830-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| SAVE MART SUPERMARKETS, INC., a California Corporation, and Does 1 through 50, inclusive, | |
| Defendants. | |

On April 2, 2015, Defendant Save Mart Supermarkets, Inc. filed a notice of related cases. ECF No. 11. Save Mart believes this case is related to *Daniel Izmaylov v. Save Mart Supermarkets and Kenneth Baca.*, No. 2:15-CV-00208-WBS-KJN.[1] An action is related to another when

> (1) both actions involve the same parties and are based on the same or a similar claim;
>
> (2) both actions involve the same property, transaction, or event;
>
> (3) both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial

---

[1] The *Izmaylov* case was converted to Civil Case No. 15-00323-WBS-KJN on February 9, 2015.

1

    effort, either because the same result should follow in both actions or otherwise; or

    (4) for any other reasons, it would entail substantial duplication of labor if the actions were heard by different Judges or Magistrate Judges.

E.D. Cal. L.R. 123(a).

  These cases are not related as defined by the Local Rule. Although both include Save Mart as a defendant and include allegations linked to Save Mart's attendance policy, the plaintiffs in each are different individuals who advance different claims for relief on the basis of different factual allegations. Relating these cases would not be "likely to effect a substantial savings of judicial effort" or avoid "substantial duplication of labor."

  IT IS SO ORDERED.

DATED: April 6, 2015.

_____
UNITED STATES DISTRICT JUDGE